**[J-41A-2017]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 31 EAP 2016 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court dated February 5, 2016 at No. |
| | : | 2040 EDA 2014, which affirmed the |
| v. | : | judgment of sentence entered in the |
| | : | Court of Common Pleas of Philadelphia |
| | : | County, Criminal Division, dated June |
| GREGORY BRAGG, | : | 19, 2014 at Nos. CP-51-CR-0000310- |
| | : | 2013; CP-51-CR- 0010290-2012 & CP- |
| Appellant | : | 51-CR-0010289-2012 |
| | : | |
| | : | |
| | : | ARGUED: May 9, 2017 |

## ORDER

**PER CURIAM**

　　**AND NOW,** this 22nd day of August, 2017, the Order of the Superior Court is **AFFIRMED.**

　　Justices Donohue and Wecht did not participate in the consideration or decision of this case.